THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RUBEN SCHNEXNYDER, Defendant-Appellant.

(No. 55467; )

First District—September 9, 1971.

Opinion by Mr. JUSTICE DEMPSEY.

Gerald W. Getty, Public Defender, of Chicago, (James J. Doherty and Ronald P. Katz, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, Michael J. Goldstein, and Brent Carlson, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARNELL BROWN, Defendant-Appellant.

(No. 54041; )

First District—September 10, 1971.

